UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOCELYN DENNISON**                          **CIVIL ACTION**

**VERSUS**                                    **NO. 08-4677**

**MICHAEL J. ASTRUE, COMMISSIONER OF**        **SECTION "B"(3)**
**SOCIAL SECURITY ADMINISTRATION**

## ORDER & REASONS

Considering plaintiff's objections, basically involving five areas, Rec. Doc. No. 24, along with the Magistrate Judge's Report and Recommendation, Rec. Doc. No. 21, and applicable law, we find substantial evidence in the administrative record and sufficient procedural and substantive law to support defendant's final decision at issue in this section 405(g) review.

Accordingly, **IT IS ORDERED** that plaintiffs objections are **OVERRULED** and the Magistrate Judge's Report and Recommendation are **ADOPTED** as the opinion of the court, dismissing the captioned action.

New Orleans, Louisiana, this 25th day of February, 2010.

_____
United States District Judge